**FILED**
August 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WAHIDULLAH KHALIL, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-258 LKK <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Wahidullah Khalil</u>; Case  <u>2:09-cr-258 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $75,000

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>8/20/2010</u>     at  2:18 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge